UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD BILLMAN, individually
and as Personal Representative of the
Estate of MARY KATHERINE BILLMAN,

    Plaintiff,

v.                                              Case No. 8:22-cv-1514-WFJ-AEP

BIG OLAF CREAMERY, LLC, a Florida
limited liability company,

    Defendant.
_____/

## FINAL JUDGMENT

The Court has ordered that:

**IT IS ADJUDGED** that Plaintiff, Richard Billman, individually and as Personal Representative of the Estate of Mary Katherine Billman, whose address is 5 Sulkey Lane, Pesotum, Champaign County, Illinois 61863, shall recover from the Defendant, Big Olaf Creamery, LLC, a Florida limited liability company, whose address is 2001 Cattlemen Road, Sarasota, Florida 34232, the sum of **Three Million Dollars ($3,000,000.00)** in compensatory damages.

**IT IS FURTHER ADJUDGED** that Plaintiff, Richard Billman, individually and as Personal Representative of the Estate of Mary Katherine Billman, whose address is 5 Sulkey Lane, Pesotum, Champaign County, Illinois 61863, shall recover from the Defendant, Big Olaf Creamery, LLC, a Florida

limited liability company, whose address is 2001 Cattlemen Road, Sarasota, Florida 34232, the sum of **One Million Dollars ($1,000,000.00)** in punitive damages.

**IT IS THEREFORE ORDERED** that Judgment is entered for and Defendant shall pay the Plaintiff the total amount sum of **Four Million Dollars ($4,000,000.00)**, for which let execution issue.

This action was decided by Judge William F. Jung following an Evidentiary Hearing held on January 20, 2023, on a Motion for Final Default Judgment against Defendant, Big Olaf Creamery, LLC.

Said sums shall bear post-judgment interest in this diversity action calculated from the date of entry of this judgment at the legal rate in accordance with 28 U.S.C. § 1961.

For said sums let execution issue.

The Court reserves jurisdiction to amend this Judgment as necessary and reserves any claims for attorney's fees and court costs.

**DONE AND ORDERED** at Tampa, Florida, on January 24, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:

Scott Wm. Weinstein, Jordan L. Chaikin, William D. Marler,
R. Drew Falkenstein, Michael K. Kiernan, and
Big Olaf Creamery, LLC c/o Registered Agent, David Peachey

2