UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD BILLMAN, individually
and as Personal Representative of the
Estate of MARY KATHERINE BILLMAN,

      Plaintiff,    CASE NO.: 8:22-cv-01514-WFJ-AEP

      vs.

BIG OLAF CREAMERY, LLC, a Florida
limited liability company,

      Defendant.
_____/

## ORDER COMPELLING DAVID S. PEACHEY AND DAVID W. PEACHEY TO COMPLETE FACT INFORMATION SHEET (FLA. R. CIV. P. FORM 1.977) AS REQUIRED BY COURT ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Sanctions Against Defendant/Judgment Debtor, Big Olaf Creamery, LLC, for Failure to Complete Fact Information Sheet (Fla. R. Civ. P. Form 1.977) as Required by Court Order (D.E. No. 43), and the Court having reviewed the Motion and the record, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. On January 24, 2023, a Final Judgment was entered by this Court for Plaintiff, Richard Billman, individually and as Personal Representative of the Estate of Mary Katherine Billman, in the amount of $4,000,000.00 against Defendant/Judgment Debtor, Big Olaf Creamery, LLC.

2. On January 30, 2023, this Court ordered Defendant/Judgment Debtor, Big Olaf Creamery, LLC to complete, under oath, a Fact Information Sheet (Fla. R. Civ. P. Form 1.977), including all required attachments, within 45 days. (D.E. No. 40).

3.	Defendant/Judgment Debtor, Big Olaf Creamery, LLC, was required to complete Form 1.977, including all required attachments, and provide that to Plaintiff's counsel on or before March 17, 2023.

4.	Defendant/Judgment Debtor, Big Olaf Creamery, LLC, failed to comply with the January 30, 2023 Order. This Defendant remains an active Florida LLC. David S. Peachey is named in state records as authorized person and registered agent. David W. Peachey is named manager. *See* Sunbiz.org.

5.	Plaintiff will serve this Order on both Messrs. Peachey. They will fill out this Form and all required attachments, fully, within ten days and provide same to Plaintiff.

6.	Failure of the Peacheys to obey this Order will result in coercive sanctions against both of them, without further notice.

**DONE AND ORDERED** in Chambers at Tampa, Florida this 15th day of August, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE